UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80138-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Gerson Theramene,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge James M. Hopkins on October 21, 2011.

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is:

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The defendant's motion to suppress, DE# 25, motion for separate trial on counts, DE# 26, motion in limine or for production of CI, DE # 28, motion to dismiss count 1 for lack of interstate commerce nexus, DE# 30, and motion for bill of particulars, DE# 27, are **denied**.

**DONE and ORDERED** in West Palm Beach, this _4_ day of November, 2011.

                                                      KENNETH L. RYSKAMP
                                                    UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        United States Magistrate Judge James M. Hopkins